UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NOBLE KENNEDY, | No. 2:13-cv-02041 LKK KJN DP |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On March 13, 2014, the undersigned held a case management conference. Richard Ellis and Michael Clough appeared for petitioner. Deputies Attorney General Alice Su and Sean McCoy appeared for respondent. After the conclusion of the case management conference, the court closed the courtroom and held an ex parte budgeting conference with counsel for petitioner. The issues addressed in that budgeting conference are discussed in a separate, sealed order.

After hearing the arguments of counsel, and good cause appearing, the court announced the following orders during the conference:

1. By March 14, 2014, respondent shall file his opposition to petitioner's March 4, 2014 Motion for Equitable Tolling. Petitioner's reply brief shall be filed within fifteen days thereafter.

////

////

1

2. By April 12, 2014, respondent shall lodge the state court record in conformity with Local Rule 191(h)(1).

IT IS SO ORDERED.

Dated: March 17, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kennedy cmc 1.or