UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NOBLE KENNEDY, | No. 2:13-cv-02041 KJM KJN DP |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On January 12, 2015, petitioner filed a petition for writ of habeas corpus. (ECF No. 45.) On February 12, 2015, at 10:00 a.m., in courtroom #25, the undersigned will hold a case management conference. Counsel shall be prepared to discuss the next steps for this case. Subjects to be discussed include, but are not limited to, exhaustion, procedural default, briefing the application of 28 U.S.C. § 2254(d), and filing the answer.

Petitioner's counsel is advised that the court is aware their budget extended only through January 15, 2015. After the February 12 conference, and after a schedule is set, the court will order petitioner's counsel to propose a budget for their time from January 15 forward.

IT IS SO ORDERED.

Dated: January 14, 2015

Kennedy cmc2.or

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1