UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NOBLE KENNEDY,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | No.  2:13-cv-02041 KJM KJN DP<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The Selection Board has recommended the appointment of the Office of the Federal Defender as co-counsel to represent petitioner in this habeas corpus proceeding.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Office of the Federal Defender, Capital Habeas Unit, shall represent petitioner as co-counsel pursuant to 18 U.S.C. § 3599.  See Local Rule 191(c).
2. On October 8, 2015, at 10:00 a.m., the undersigned will hold a status conference.  The court expects petitioner's newly appointed attorney to be prepared to discuss the identification of the unexhausted claims and all attorneys to be prepared to discuss petitioner's motion to stay these proceedings pending exhaustion.
3. The Clerk of the Court is directed to file under seal the Selection Board's September 8, 2015 letter to the undersigned.

////

1

4. The Clerk of the Court shall serve a copy of this order on Kurt Heiser, CJA Administrator, Office of the Federal Defender.

Dated: September 9, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kennedy FD appmt.or