UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NOBLE KENNEDY, | No. 2:13-cv-02041 KJM KJN DP |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | |
| Respondent. | |

Petitioner seeks a 60-day extension of time to file his exhaustion petition. (ECF No. 79.) Petitioner notes that respondent opposes the request. Accordingly, within five days of the filed date of this order, respondent shall file any opposition.

IT IS SO ORDERED.

Dated: March 24, 2016

                                                                                                    KENDALL J. NEWMAN
                                                                                                    UNITED STATES MAGISTRATE JUDGE

Kennedy exh pet oppo.or

1