UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NOBLE KENNEDY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　Respondent. | No.  2:13-cv-02041 KJM KJN DP<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner asks the court to temporarily lift the stay of these proceedings to permit consideration of potentially unexhausted facts and/or claims. (ECF No. 84.) Within ten days of the filed date of this order, respondent shall file a response.

IT IS SO ORDERED.

Dated:  May 17, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Kennedy stay lift resp.or

1